# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **RENEA M. LANUM,** | ) | **CASE NO. 1:11 CV193** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE SOLOMON OLIVER, JR.** |
| | ) | |
| **v.** | ) | **MAGISTRATE JUDGE GREG WHITE** |
| | ) | |
| **COMMISSIONER OF SOCIAL** | ) | |
| **SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | **REPORT AND RECOMMENDATION** |

On January 27, 2011, Plaintiff Renea M. Lanum, represented by counsel, challenged the final decision of the Commissioner of Social Security denying her claim for a Period of Disability, Disability Insurance Benefits, and Supplemental Security Income.  This matter is before the Court by automatic reference pursuant to 28 U.S.C. § 636 and Local Rule 72.2.

On February 4, 2011, the Court entered its order setting forth the briefing schedule. (Doc. No. 5.)  Defendant's answer and transcript were filed on June 6, 2011.  (Doc. Nos. 11, 12.)  Plaintiff's brief was due within sixty (60) days thereafter on August 1, 2011.  Plaintiff, however, has neither filed a brief nor sought any extension of time to do so.

On September 15, 2011, Defendant filed a Motion to Dismiss for Lack of Prosecution.  (Doc. No. 13.)  On the same date, the Court entered a show cause order

directing Plaintiff to respond by September 23, 2011, as to why the complaint should not be dismissed for want of prosecution.  (Doc. No. 14.)  Plaintiff has not responded to the show cause order.

Considering all of the above, it is recommended that this action be dismissed for want of prosecution.

s/Greg White
United States Magistrate Judge

Dated: September 28, 2011


**OBJECTIONS**

**Any objection to this Report and Recommendation must be filed with the Clerk of Courts within ten (10) days after the party objecting has been served with a copy of this Report and Recommendation.  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  See *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).  *See also Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).**

2