UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RENEA M. LANUM, | ) | Case No.: 1:11 CV 193 |
| Plaintiff | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| MICHAEL J. ASTRUE | ) | |
| Commissioner of Social Security, | ) | |
| Defendant | ) | <u>ORDER</u> |

The Commissioner of Social Security (the "Commissioner") denied disability benefits to the claimant, Renea M. Lanum ("Plaintiff") in the above-captioned case. Plaintiff sought judicial review of the Commissioner's decision, and this court referred the case to Magistrate Greg White for preparation of a report and recommendation ("R & R").

Defendant filed his Answer on June 1, 2011. Plaintiff failed to submit a brief on the merits within the period ordered by the court and failed to request an extension of time. Moreover, Plaintiff has not filed any pleadings in the matter since her initial filing of the Complaint and Motion to Proceed In Forma Pauperis. On September 15, 2011, Defendant filed a Motion to Dismiss for Lack of Prosecution.

On September 15, 2011, Magistrate Judge White ordered Plaintiff to show cause why the case should not be dismissed for lack of prosecution on or before September 23, 2011. Plaintiff did not respond. On September 28, 2011, Magistrate Judge White submitted his R & R, recommending that the case be dismissed for want of prosecution (ECF No. 15.)

As of the date of this Order, Plaintiff has not filed an objection to the R&R. The period required by law for filing objections ended October 11, 2011. By failing to do so, Plaintiff has waived the right to appeal the Magistrate Judge's recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140 (1985).

Further, the court finds, after careful *de novo* review of the Magistrate Judge's Report and Recommendation and all other relevant documents in the record, that the Magistrate Judge's conclusion is fully supported by the record. Accordingly, the court adopts as its own the Magistrate Judge's Report and Recommendation (ECF No. 15) and grants Defendant's Motion to Dismiss for Lack of Prosecution (ECF No. 13.)

IT IS SO ORDERED.

/s/ *SOLOMON OLIVER, JR.*
CHIEF JUDGE
UNITED STATES DISTRICT COURT

October 14, 2011